# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Aletha Dillard,

        Plaintiff,     Case No. 20-cv-10951

v.                        Judith E. Levy
                          United States District Judge

GM Equity Development, LLC, *et al.*,     Mag. Judge Michael J. Hluchaniuk

        Defendants.

_____/

## ORDER GRANTING THE PARTIES' JOINT MOTION TO APPROVE THE SETTLEMENT [25]

This Fair Labor Standards Act case is before the Court on the parties' joint motion to approve the settlement. (ECF No. 25.) On October 21, 2021, a hearing was held and oral argument was heard. For the reasons set forth on the record, the Court finds that the settlement proposed by the parties is a fair and reasonable resolution of a *bona fide* dispute and that the service award and the attorney fees and costs provided for in the parties' Settlement Agreement are fair and reasonable. Accordingly,

IT IS ORDERED that the parties' joint motion to approve the settlement (ECF No. 25) is GRANTED.

IT IS FURTHER ORDERED that the Settlement Agreement between the parties is approved.

IT IS FURTHER ORDERED that the settlement class, which is defined as "[a]ll individuals who performed work as Commercial Cleaners for Defendant GM Equity, LLC and Moss on or after April 17, 2017" (ECF No. 25-2, PageID.119), is approved.

IT IS FURTHER ORDERED that notice to all Opt-In Plaintiffs of their right to opt-in to the Settlement Agreement through the mailing of the Claim Form is approved. All Opt-In Plaintiffs must be notified of this right in accordance with the procedures set forth in the Settlement Agreement. The Claim Form used to notify the Opt-In Plaintiffs must be substantially the same as the Claim Form attached to the Settlement Agreement. Each Opt-In Plaintiff has forty-five days from the date in which the Claim Form was mailed to him or her to submit the Claim Form to Plaintiff's counsel.

IT IS FURTHER ORDERED that the service award and the award of attorney fees and costs as provided for in the Settlement Agreement is granted.

IT IS FURTHER ORDERED that this matter is dismissed with prejudice and without costs or attorney fees, except as provided for in the Settlement Agreement.

IT IS SO ORDERED.

Dated: October 25, 2021      s/Judith E. Levy
Ann Arbor, Michigan     JUDITH E. LEVY
    United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 25, 2021.

    s/William Barkholz
    WILLIAM BARKHOLZ
    Case Manager